10/11/2020

To: United State's District Court
Northern District of Oklahoma
411 United States Courthouse
333 W. Fourth Street
Tulsa, Oklahoma 74103-3819

**FILED**
OCT 14 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

20 CV - 526 JFH - JFJ

My name is Willie Lee Booker in my Identification number for the Oklahoma Department of Corrections is listed as: 820681. I am now writing the Court to ask if I can Proceed with this Petition in forma Pauperis? because this ficility stated too me that they do not have the actual Pauperis form that I need to attach too this Petition I have filed! I also am going to attach a copy of my balance of my Trust fund here in the Oklahoma Department of Corrections that I have from a Canteen receipt from this month of October 2020. That I hope can be used as of Proof of me not being able to Pay the fileing fee. I also have attached Legal Document's from the Court's in letter's I have writen too the court to contest this illegal Prison sentence in fine. The number of Pages Attached too this Petition is 25 pgs..

(Sincerly Submitted)
Willie L. Booker

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys  ✓ No Env/Cpys  ___ O/J  ___ O/MJ

```
----Sales Invoice----
Mack Alford Facility
MACC CANTEEN                          MSU
DOC No. 0820681
BOOKER, WILLIE L
10/8/2020 2:23:29 PM
----------------------------------------
BEGINNING BALANCES:
Spending Limit $60.00
Available Balance is $9.18
Available Spending Limit is $60.00
========================================
  QTY  DESCRIPTION              PRICE
========================================
    8  MARUCHAN RAMEN HOT-SPI   $2.00
       CY VEG. 3OZ
    1  MEAD ENVELOPES  #10  5   $1.21
       OCT BOX
    1  KEEFE FREEZE DRIED COF   $2.11
       FEE COLOMBIAN 3 OZ
    4  RAZOR NO BRAND           $0.32

       SUBTOTAL                 $5.64
       TAXES                    $0.35
       CHARGE 0820681           $5.99
----------------------------------------
ENDING BALANCES:
Available Balance is $3.19
Available Spending Limit is $54.68

TX Id: 994967                      119
----------------------------------------
```

_____
Signature / Thumb Print